IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Collins, Olicia O

Printed: 7/1/08

Case Number: 07 B 19760
Judge: Hollis, Pamela S
Filed: 10/24/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 19, 2008
Confirmed: February 4, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 786.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 743.56 |
| Trustee Fee: |  | 42.44 |
| Other Funds: |  | 0.00 |
| Totals: | 786.00 | 786.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Veronica D Joyner | Administrative | 2,900.00 | 743.56 |
| 2. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | Aaron Rents | Secured | 0.00 | 0.00 |
| 4. | Aaron Rents | Secured | 0.00 | 0.00 |
| 5. | National City Mortgage Co | Secured | 20,885.41 | 0.00 |
| 6. | Sprint Nextel | Unsecured | 115.23 | 0.00 |
| 7. | Aaron Rents | Unsecured | 11.76 | 0.00 |
| 8. | Seventh Avenue | Unsecured | 45.94 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 170.68 | 0.00 |
| 10. | Advocate Trinity Hospital | Unsecured | 124.26 | 0.00 |
| 11. | Swiss Colony | Unsecured | 54.35 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 99.07 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 228.07 | 0.00 |
| 14. | Monroe & Main | Unsecured | 48.59 | 0.00 |
| 15. | Aaron Rents | Unsecured | 81.68 | 0.00 |
| 16. | Direct Tv | Unsecured |  | No Claim Filed |
| 17. | Medical Assay Laboratory | Unsecured |  | No Claim Filed |
| 18. | MCI Residential | Unsecured |  | No Claim Filed |
| 19. | University of Illinois | Unsecured |  | No Claim Filed |
|  |  |  | $ 24,765.04 | $ 743.56 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 42.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Collins, Olicia O

Printed: 7/1/08

Case Number: 07 B 19760
Judge: Hollis, Pamela S
Filed: 10/24/07

_____
$ 42.44

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

